TRAUB LIEBERMAN

445 Hamilton Avenue | Suite 900 | White Plains, NY 10601
DIRECT (914) 586-7037 | MAIN (914) 347-2600 | FAX (914) 347-8898
Gregory R. Bennett | Partner | gbennett@tlsslaw.com

October 19, 2026

*Via ECF and Email*

**MEMO ENDORSED**

The Honorable Katherine Polk Failla
U.S. District Judge
U.S. District Court, S.D.N.Y.
40 Foley Square, Room 2103
New York, New York 10007

Re: *Frangie Espinal et al. v. Eric Javits Operations LLC*
Civil Action No.: 26cv06238 (KPF)

Dear Judge Failla:

This firm represents Defendant Eric Javits Operations LLC in the captioned action. In accordance with §2(C)(i) of the Court's Individual Rules of Practice in Civil Cases, Defendant submits this letter to respectfully request an adjournment of the initial conference currently scheduled for November 20, 2026 at 11:00 a.m. In support of the instant request, Defendant represents that this is the first adjournment sought for the initial conference, the basis for the instant request is that the undersigned will be in Florida for an annual meeting for the undersigned's law firm on November 20, 2026, granting the instant request will not disturb any other deadlines entered by the Court thus far and Plaintiff's counsel has consented to the instant request.

Defendant appreciates the Court's consideration of the instant request.

Respectfully submitted,

TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
*Gregory R. Bennett*
Gregory R. Bennett

cc: Plaintiff's Counsel (via ECF only)

Application GRANTED. The Initial Pretrial Conference currently scheduled for November 20, 2026, is hereby ADJOURNED to **December 3, 2026**, at **4:00 p.m.** The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated: October 20, 2026
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE